

# CHARTWELL LAW

**LINDA FRIDEGOTTO, ESQUIRE**
Direct Dial: (212) 809-1612
lfridegotto@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

September 8, 2023

**Via ECF**

**MEMO ENDORSED**

Hon. Katherine Polk Failla, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *The Phoenix Insurance Company v Trisura Specialty Insurance Company*
             Case No.:   1:23-cv-6346-KPK

Dear Honorable Judge Polk Failla,

      My firm was retained today as counsel for defendant Trisura Specialty Insurance Company ("Trisura") in the above referenced matter. We write to respectfully request that the initial pre-trial conference currently scheduled for September 20, 2023 at 4:00pm be adjourned two weeks, or to a date acceptable to the Court, so that we may obtain a copy of Trisura's file, interpose an answer and comply with the Court's civil case management plan deadlines. Counsel for plaintiff The Phoenix Insurance Company ("Phoneix') consents to instant request.

      We thank the Court in advance for its consideration of this request.

                                Respectfully submitted,

                                **CHARTWELL LAW**

                              By: _____
                                  Linda Fridegotto, Esq.

Hon. Katherine Polk Failla, U.S.D.J.
September 8, 2023
Page 2

_____

Cc: all parties, by ECF and email

Application GRANTED.  The conference scheduled for September 20, 2023, is hereby ADJOURNED to **October 18, 2023**, at **2:30 p.m.**  The conference will be held telephonically.  At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533.

The Clerk of Court is directed to terminate the pending motion at docket number 9.

Dated:    September 11, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE